IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **KENNETH JOHNSON and ROSLYN JOHNSON** § § § *Plaintiffs*, § § vs. § § **LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, INC., and LOANCARE, LLC** § § § § § *Defendants*.. § | Civil Action No. 4:20-CV-00274 |

## DEFENDANT FLAGSTAR BANK, FSB'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant Flagstar Bank, FSB files its Corporate Disclosure Statement and Certificate of Interested Parties as follows:

Flagstar Bank, F.S.B., a federally chartered savings bank, is wholly owned by Flagstar Bancorp Inc., a publicly traded entity incorporated and validly existing under the laws of the State of Michigan. MP Thrift Investments L.P. is the holder of 10% or more of the stock of Flagstar Bancorp Inc., and is, therefore, an indirect holder of an equity interest of 10% or more in Flagstar Bank, F.S.B.

The following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. This list will be amended should any required information change:

1. Flagstar Bank, F.S.B.
2. Flagstar Bancorp Inc.
3. Lakeview Loan Servicing, LLC
4. Bayview MSR Opportunity Corp

5. LoanCare, LLC

6. Kenneth Johnson

7. Roslyn Johnson

Respectfully submitted,

By: */s/ Matt D. Manning*
**MATT D. MANNING**
State Bar No. 24070210
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025
mmanning@mcglinchey.com

***ATTORNEYS FOR DEFENDANTS LAKEVIEW LOAN SERVICING, LLC AND FLAGSTAR BANK, F.S.B.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2020, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

***Via E-mail and/or Via the ECF E-Filing Service System***
John G. Helstowski
13601 Preston Road, Suite E920
Collin, Texas 75240
jgh@jghfirm.com
*Attorney for Plaintiffs*

*/s/ Matt D. Manning*
**MATT D. MANNING**