# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **KENNETH JOHNSON and ROSLYN JOHNSON** § § § *Plaintiffs*, § § § vs. § § **LAKEVIEW LOAN SERVICING, LLC,** § **FLAGSTAR BANK, INC., and LOANCARE,** § **LLC** § § § *Defendants*.. § | **Civil Action No. 4:20-CV-00274** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant Lakeview Loan Servicing, LLC ("Lakeview") file this Corporate Disclosure Statement and Certificate of Interested Parties as follows:

Lakeview is a Delaware limited liability company and is wholly-owned by Bayview MSR Opportunity Corp. ("Bayview"). No publicly-held corporation holds ten percent or more of Lakeview's or Bayview's stock.

The following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. This list will be amended should any required information change:

1. Flagstar Bank, F.S.B.
2. Flagstar Bancorp Inc.
3. Lakeview Loan Servicing, LLC
4. Bayview MSR Opportunity Corp
5. LoanCare, LLC

622179.1; 105474.0067

6.   Kenneth Johnson

7.   Roslyn Johnson

                                      Respectfully submitted,

                                  By:   */s/ Matt D. Manning*
                                          **MATT D. MANNING**
                                          State Bar No. 24070210
                                          **MCGLINCHEY STAFFORD**
                                          1001 McKinney, Suite 1500
                                          Houston, Texas 77002
                                          Telephone:  (713) 520-1900
                                          Facsimile:   (713) 520-1025
                                          mmanning@mcglinchey.com

                                          ***ATTORNEYS FOR DEFENDANTS***
                                          ***LAKEVIEW LOAN SERVICING, LLC AND***
                                          ***FLAGSTAR BANK, F.S.B.***

## CERTIFICATE OF SERVICE

     I hereby certify that on April 3, 2020, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system or by other means in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                         ***Via E-mail and/or Via the ECF E-Filing Service System***
                                     John G. Helstowski
                              13601 Preston Road, Suite E920
                                   Collin, Texas 75240
                                      jgh@jghfirm.com
                                   ***Attorney for Plaintiffs***

                                            */s/ Matt D. Manning*
                                            **MATT D. MANNING**